# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| George William McCrimmon, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:23-cv-00133-KDB-DCK |
| vs. | |
| Gary Benjamin Stamper, et al | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 26, 2024 Order.

February 26, 2024

Katherine Hord Simon, Clerk
United States District Court